Eastern District of Kentucky
**FILED**
MAR 08 2022
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 7:20-CR-23-REW-01 |
| v. | ) ) ) | COURT'S ADVICE OF RIGHT TO APPEAL |
| EUGENE SISCO, III | ) ) | |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Unless waived, you have a right to appeal your case (the conviction and / or the sentence) to the United States Court of Appeals for the Sixth Circuit. An appeal is taken by timely filing a notice of appeal with the district clerk.

If you do not have sufficient money to pay for the appeal, you may apply for leave to appeal *in forma pauperis*, which means you may ask to appeal without paying fees. The Clerk of this Court will, on your request, prepare and file a notice of appeal on your behalf. With very few exceptions, any notice of appeal must be filed within fourteen (14) days from the date of entry of judgment in your case.

If you do not have sufficient funds to employ an attorney, the Court of Appeals may appoint counsel, potentially your current attorney, to prosecute the appeal. A qualifying defendant has the right to appointed counsel on appeal.

1

## CERTIFICATION

I Tara Adkins, Deputy Clerk, certify that I read the above statement aloud in open Court, and the Defendant Eugene Sisco, III, orally acknowledged his understanding.

Dated this the 8th day of March, 2022.


Witness:

s/ Tara Adkins
Deputy Clerk