UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Respondent, | ) | No. 7:20-cr-23-REW-HAI |
| | ) | No. 7:24-cv-34-REW-HAI |
| v. | ) | |
| EUGENE SISCO III, | ) | ORDER |
| Defendant/Petitioner. | ) | |

*** *** *** ***

Defendant Sisco seeks free copies of a litany of items in the docket.  *See* DE 231.  There is no active matter pending at the District Court, and in any event, Sisco does not have in forma pauperis status.  He has cited to no justification for the Clerk or United States to bear the costs of the listed request, and Sisco does not invoke relief under § 753(f).  The Clerk shall send Sisco an updated docket sheet, but the Court **DENIES** the balance of the request as without warrant.

This the 25th day of June, 2025.



Signed By:
Robert E. Wier
United States District Judge