7:20-cr-00023-REW-HAI

Eugene Sisco, III
20882-509
MCDOWELL FCI
Inmate Mail/Parcels
P.O. Box 1009
WELCH, WV 24801

---

CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
110 MAIN STREET, SUITE 203
PIKEVILLE, KENTUCKY 41501

OFFICIAL BUSINESS

Eastern District of Kentucky
FILED
JUL 07 2025
At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

THIS CORRESPONDENCE DOES NOT MEET [illegible] THA OF SPECIAL MAIL HANDLING

FCI Milan
P.O. Box 9999
Milan, MI 48160

NIXIE    152    DE  1700    0007/01/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 41501311117153    *0596-01259-01-23*



$0.97 0
US POSTAGE
FIRST-CLASS
063S0008751767
FROM 41501